UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Minas Diakakis, *on behalf of himself and others similarly situated* <br><br> Plaintiff, <br><br> -v- <br><br> Superior Stone & Interiors, LLC, Konstantinos Manasakis, and Markos Theodorakis, *in their individual and professional capacity,* <br><br> Defendants. | Civil Case No.: 2:16-cv-05891-DRH-AKT <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Plaintiff, by his attorneys Pardalis & Nohavicka, LLP hereby gives notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-referenced action is voluntarily dismissed *without prejudice* against all Defendants.

Dated: Astoria, New York
       May 17, 2017

**PARDALIS & NOHAVICKA, LLP**

By: *Ariadne* [signature]

Ariadne Panagopoulou, Esq.
*Counsel for Plaintiff*
35-10 Broadway, Suite 201
Astoria, New York 11106
ari@pnlawyers.com
(718) 777-0400

**HIRSCHEL LAW FIRM, P.C.**

By: [signature]

Daniel Hirschel, Esq.
*Counsel for Defendants*
71 South Central Avenue, Suite 103
Valley Stream, NY 11580
daniel@hirschelpc.com
516-742-7070